772

No. 622. BERNATOWICZ v. RAGEN, WARDEN. February 7, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 506. HEATH v. RAGEN, WARDEN. February 7, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 556. MACKRETH v. ALABAMA. February 7, 1944. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Walter S. Smith* for petitioner. *Messrs. William N. McQueen*, Attorney General of Alabama, and *John O. Harris*, Assistant Attorney General, for respondent.

No. 541. FITZJERRELL v. BECKER, WARDEN. February 7, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. The motion for leave to file petition for writ of habeas corpus is also denied.

No. 577. TRIMBLE ET AL. v. JUSTICE ET AL., EXECUTORS, ET AL. See *ante*, p. 747.

No. 568. HARPER v. UNITED STATES. February 14, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. F. Rawls* for petitioner. *Solicitor General Fahy* for the United States.

No. 573. SCHUCHARDT v. MICHIGAN. February 14, 1944. Petition for writ of certiorari to the Circuit Court